IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANNIE Y. GRIFFIN and
FREDERICK GRIFFIN                                                                PLAINTIFFS

v.                                              CIVIL ACTION NO.   3:18CV146-NBB-JMV

CITIMORTGAGE, INC., ET AL.                                                      DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Cɪv.R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiffs filed a motion to remand [4] on July 2, 2018. Accordingly, it is

**ORDERED:**

That the proceedings enumerated in Local Rule 16(b)(1)(B) are hereby **STAYED** pending a decision on the motion to remand. The parties shall notify the undersigned magistrate judge within seven (7) days of the Court's ruling in the event the motion to remand is denied.

**THIS**, the 10th day of July, 2018.

/s/ Jane M. Virden
U. S. Magistrate Judge